IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMMAL, *et al.*, | ) | CASE NO. 1:13 CV 437 |
| Plaintiffs, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| AMERICAN FAMILY INSURANCE CO., *et al.*, | ) | |
| Defendants. | ) | <u>ORDER</u> |

This Court previously entered a stay in this case pending Plaintiffs' filing and disposition of a Petition for a Writ of Certiorari with the United States Supreme Court. (ECF #343). The United States Supreme Court recently issued its order denying Plaintiffs' petition for a writ of certiorari. (ECF #346). Therefore, there is no remaining justification for a stay, and the stay issued on April 30, 2019 is hereby lifted.

Prior to the issuance of the stay, the Court had permitted Defendants to file an interlocutory appeal, pursuant to 28 U.S.C. §1292(a)(1), on the issue of Plaintiffs' employment status. The Sixth Circuit decided that appeal in favor of the Defendants, ruling that the Plaintiffs were independent contractors and not employees for purposed of ERISA. Based upon that ruling,

the Defendants filed a Motion requesting Judgment in their favor on all claims. (ECF #338). That motion is currently pending. The parties shall have until January 16th to file any supplement, response, or proposed order that they may deem appropriate in connection with the Defendants' Motion for Judgment. IT IS SO ORDERED.

/s/ Donald C. Nugent
Donald C. Nugent
United States District Judge

Date: January 2, 2020